



FILED IN CHAMBERS
U.S.D.C. Atlanta

DEC 2 0 2021

Kevin P. Weimer, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNY WELLS,<br>  A/K/A "MERLIN SMOTHERS,"<br>  A/K/A "KEVIN CLARK, JR.,"<br>  A/K/A "DAVID WELLS" | Criminal Indictment<br><br>No. **1:21-CR-0502** |

THE GRAND JURY CHARGES THAT:

**Count One**

On or about November 20, 2021, in the Northern District of Georgia, the defendant, KENNY WELLS, also known as "Merlin Smothers," also known as "Kevin Clark, Jr.," also known as "David Wells," knowing that he had been convicted of at least one of the following offenses:

- Theft by Shoplifting, in the Superior Court of Fulton County, Georgia, on or about May 28, 1997;
- Theft by Taking, in the Superior Court of Fulton County, Georgia, on or about February 7, 2000;
- Theft by Taking, in the Superior Court of Cobb County, Georgia, on or about March 7, 2002;
- Burglary and Possession of Tools for the Commission of Crime, in Atkinson County, Georgia, on or about June 18, 2002;

- Burglary in the Second Degree, Possession of Tools for the Commission of Crime, and Forgery in the First Degree (three counts), in the Superior Court of Newton County, Georgia, on or about October 27, 2015;
- Possession with Intent to Distribute Marijuana, in the Superior Court of Fulton County, Georgia, on or about November 24, 2015;
- Forgery in the First Degree, Identity Fraud, Possession or Display of False Identification with Government Logo or Seal for Criminal Act, False Statements and Writings, and Possession of a Firearm by a Convicted Felon, in the Superior Court of Fulton County, Georgia, on or about April 28, 2016;
- Possession of Firearm by Convicted Felon, in the Superior Court of Fulton County, Georgia, on or about May 2, 2016; and
- Forgery in the First Degree, in the Superior Court of Troup County, Georgia, on or about June 20, 2016,

each of which was an offense punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, in and affecting interstate commerce, that is, one (1) Smith & Wesson M&P 9 Shield pistol, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count Two

On or about November 20, 2021, in the Northern District of Georgia, the defendant, KENNY WELLS, also known as "Merlin Smothers," also known as "Kevin Clark, Jr.," also known as "David Wells," when attempting to get on a Delta Airlines aircraft, an aircraft that was in and was intended for operation in

2

air transportation and intrastate air transportation, did knowingly have on and about his person and property a concealed dangerous weapon, that is, a Smith & Wesson M&P 9 Shield pistol, which would have been accessible to him during flight, all in violation of Title 49, United States Code, Section 46505(b)(1).

### Count Three

On or about November 20, 2021, in the Northern District of Georgia, the defendant, KENNY WELLS, also known as "Merlin Smothers," also known as "Kevin Clark, Jr.," also known as "David Wells," in violation of the security requirements under Title 49, United States Code, Sections 44901, 44903(b), and 44903(c), did knowingly and willfully enter an airport area that served an air carrier and a foreign air carrier, with intent to evade security procedures and restrictions, that is, the defendant entered a security checkpoint area of Hartsfield-Jackson Atlanta International Airport while in possession of a firearm, all in violation of Title 49, United States Code, Sections 46314(a) and (b)(2).

### Forfeiture

Upon conviction of the offense alleged in Count One of this Indictment, that is, a violation of Title 18, United States Code, Section 922(g)(1), the defendant, KENNY WELLS, also known as "Merlin Smothers," also known as "Kevin Clark, Jr.," also known as "David Wells," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved and used in the

commission of the offense, including, but not limited to: one (1) Smith & Wesson M&P 9 Shield pistol, bearing serial number HZS6965.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without undue complexity or difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek

forfeiture of any other property of the defendant up to the value of the above forfeitable property.

A  TRUE  BILL

/s/ FOREPERSON

KURT R. ERSKINE
*United States Attorney*

/s/
PAUL R. JONES
*Assistant United States Attorney*
Georgia Bar No. 402617

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

5