U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta

DEC 2 0 2021

Kevin P. Weimer, Clerk
By
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2021R01031)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:   Clayton

DISTRICT COURT NO. 1:21-CR-0502

MAGISTRATE CASE NO.

X Indictment                              Information                         Magistrate's Complaint
DATE: December 20, 2021                   DATE:                               DATE:

| UNITED STATES OF AMERICA | SUPERSEDING INDICTMENT |
| vs. | Prior Case Number: |
| KENNY WELLS, A/K/A MERLIN SMOTHERS, A/K/A KEVIN CLARK, JR., A/K/A DAVID WELLS | Date Filed: |

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?     X Yes    No
Is the defendant in custody on this charge or other conviction?    On this charge
Is the defendant awaiting trial on other charges?    Yes    X No
   Other charges:
   Name of institution:

Will the defendant require an interpreter?    Yes    X No

District Judge:

Attorney:  Paul R Jones
Defense Attorney: