UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KENNY WELLS, a/k/a Merlin Smothers,<br>a/k/a Kevin Clark Jr., a/k/a David Wells,<br> #GA2313892L,<br>    Defendant. | CRIMINAL CASE NO.: 1:21-CR-502 |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To:   Any U.S. Marshal, Warden, Clayton County Jail and/or any other authorized officer.

YOU ARE HEREBY COMMANDED to have the body of Kenny Wells, a/k/a Merlin Smothers, a/k/a Kevin Clark, Jr., a/k/a David Wells by you restrained of his liberty, as it is said, by whatsoever names detained before the **Honorable Christopher C. Bly**, United States Magistrate Judge of the United States District Court for the Northern District of Georgia, Courtroom 2008 of said Court in the City of Atlanta, at 10:30 a.m., on December 30, 2021, and from day to day thereafter until discharged by the Court, then and there to be arraigned on the indictment and receive and abide by the judgment of this Court in the above-entitled case, thence to be returned to the custody from which he came, and have you this writ.

WITNESS the Honorable Judges of the United States District Court for the Northern District of Georgia, this 21st day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Jones
  FPD
  PTS