IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL CASE |
| v. | : | |
| | : | No. 1:219-CR-502 (LLM)(CMS) |
| KENNY WELLS | : | |
| _____ | : | |

MOTION FOR EXTENSION OF TIME
TO FILE PRETRIAL MOTIONS
AND TO CONTINUE PRETRIAL CONFERENCE

Comes now, KENNY WELLS, Defendant in the above-styled action, by and through undersigned counsel, and moves this Court to grant an extension of time to file pretrial motions and to continue the pretrial conference currently scheduled for January 19, 2022.  In support of this motion, Mr. Wells shows as follows:

(1)

Mr. Wells is the lone defendant named in a three-count indictment charging him being a felon in possession of a weapon in violation of 18 U.S.C. §922(g) (Count 1), attempting to board an airplane with a weapon in violation of 49 U.S.C § 46505(b)(1) (Count 2), and entering an airport area with a weapon in violation of 49 U.S.C. § 46314(a) (Count 3).

(2)

On January 30, 2021, Mr. Wells was arraigned on the indictment.

(3)

This Court entered a pretrial scheduling order calling for motions to be filed by January 18, 2022, and a pretrial conference conducted on January 19, 2022.

(4)

Originally[1] it was believed Mr. Wells was going to be represented by private counsel.

(5)

Consequently, the government has not provide undersigned counsel with discovery.

(6)

Undersigned counsel has recently been contacted by Mr. Wells' family who have indicated Mr. Wells' state counsel is no longer representing him.

(7)

Counsel has contacted counsel for the government, Paul Jones, informed him of the wishes of Mr. Wells and asked that discovery be provided.

---

[1] In conversations with counsel for the government it appears that Mr. Wells' state court counsel had indicated he was going to file a notice of appearance in this case. As of this filing, that event has not occurred.

(8)

Given that counsel has not been provided with the discovery, and has not had discussions with Mr. Wells since the initial appearance, no motions can be filed by the current deadline.

(9)

Mr. Wells requests this Court extend the time for filing pretrial motions until February 18, 2022, and thereafter schedule a pretrial conference.

WHEREFORE, this Court should grant an extension of time to file pretrial motions and continue the pretrial conference currently scheduled for January 19, 2022..

Dated, this the 17th day of January, 2022.

Respectfully submitted,

/s/Jeffrey L. Ertel
JEFFREY L. ERTEL
State Bar No. 249966

Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, GA  30303
(404) 688-7530
Jeff_ertel@fd.org

COUNSEL FOR MR. WELLS

CERTIFICATE OF SERVICE

I hereby certify that the foregoing has, pursuant to Local Rule 5.1, has been formatted in Times New Roman, 14 Point, electronically filed and served upon counsel:

>Paul Jones, Esq.
>Assistant United States Attorney
>600 Richard B. Russell Building
>75 Ted Turner Drive, S. W.
>Atlanta, Georgia  30303

Dated, this the 17th day of January, 2022.

*s/Jeffrey L. Ertel*