IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>KENNY WELLS | Criminal Action No.<br><br>1:21-CR-502-LMM-CMS |

## Government's Proposed Voir Dire Questions

The United States of America, by Ryan K. Buchanan, United States Attorney, and Paul R. Jones, Assistant United States Attorney for the Northern District of Georgia, files this Government's Proposed Voir Dire Questions to be presented to the prospective jurors to be examined in this case under the procedures set forth in Rule 24(a), Federal Rules of Criminal Procedures.

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*

/s/PAUL R. JONES
*Assistant United States Attorney*
Georgia Bar No. 402617
Paul.Jones@usdoj.gov

## QUESTIONS ABOUT THE PARTIES

1. Is any member of the jury panel acquainted with Kenny Wells, the defendant in this case?

2. Is any member of the jury panel acquainted, either professionally or socially, with Jeff Ertel, the defendant's attorney?

3. Is any member of the jury panel acquainted, either professionally or socially, with Assistant United States Attorney Paul Jones or Special Agent William Weber with the Bureau of Alcohol, Tobacco, Explosives and Firearms?

4. Is any member of the jury panel acquainted, either professionally or socially, with the United States Attorney for this District, Ryan Buchanan?

## QUESTIONS ABOUT THE INDIVIDUAL JURORS

5. In what city and county do you live? How long have you lived there?

6. What is your current occupation?

    a. If retired or currently unemployed, what was your previous occupation?

7. Have you ever served in the military? If so, for how long?

8. What is your educational background?

9. Are you married, or do you have a live-in partner?

    a. What is your spouse's/partner's occupation?

    b. If your spouse/partner is retired, what was their previous

employment?

10. Do you have any children, including step-children?

    a. How many?

    b. How old are they?

    c. For adult children, what are their occupations?

11. Do you belong to any social, civic, or professional organizations?

    a. If so, which ones?

## QUESTIONS ABOUT PRIOR JURY SERVICE

12. Have you previously served on a grand jury?

    a. If so, were you the foreperson?

13. Have you previously served on a trial jury?

    a. Was it civil or criminal?

    b. Were you the foreperson?

    c. Was the jury able to reach a verdict?

## LITIGATION AND LAW ENFORCEMENT INTERACTION

14. Has any member of the jury panel or any member of your immediate family ever been involved in a lawsuit or any kind of litigation with the United States Government?

    a. If so, what type of litigation?

    b. How was it resolved?

    c. Did the experience make you biased against the government?

15. Has any member of the panel or any member of your immediate family

ever received any legal training, practiced law, or worked in an attorney's office? If so, please state who received the legal training, the type of training, the area of the law involved, and the firms who have been employers.

16. Have you, an immediate family member, or a close friend ever been associated with a district attorney's, solicitor's, or any other prosecution office?

17. Have you, an immediate family member, or close friend ever been associated with a criminal defense attorney's or public defender's office?

18. Is there any member of the panel who majored in Criminal Justice in college, took Criminal Justice courses while in school, and/or has experience working in the Criminal Justice system as a law enforcement officer, probation officer, parole officer, or in some related position?

19. Have you received any law enforcement training by police departments, the military, or private security firms? If yes, when and by whom?

20. Have you ever called the police or filed a police report? If yes, please describe.

21. Have you or a family member been the victim of a crime?
    a. If so, who was the victim?
    b. What was the crime?
    c. Was the crime investigated?
    d. Was the person who committed crime arrested and prosecuted?

      e. Were you satisfied with the outcome?

22. Has any member of the panel or a close friend or family member ever been accused, arrested, or convicted of a criminal offense, other than for a minor traffic violation?

      a. If so, who was involved?

      b. What was the crime charged?

      c. What was the outcome?

23. Has any member of the panel ever visited a jail or prison, whether to visit someone incarcerated, to bail someone out of jail, as part of a prison outreach program, or for any other reason?

24. Does anyone have a strong bias for or against law enforcement? Would your belief affect your ability to serve as a fair and impartial juror?

25. Does anyone have a strong bias for or against the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF")?

26. This case will likely have witnesses from the Transportation Security Administration ("TSA"). Has anyone had an experience with TSA that would affect their ability to serve as a fair and impartial juror?

<u>QUESTION ABOUT MEDIA BIAS</u>

27. The events underlying the charges in this case attracted considerable media coverage—both local and national. The government expects that the facts at trial will show that the Defendant, Kenny Wells, discharged a

firearm while he was being screened by the TSA at the Hartsfield-Jackson Atlanta International Airport.

    a. Does any member of the panel believe that they would not be able to set aside anything that they might have heard about the case in the media and decide the case based only on the evidence presented in court?

## QUESTIONS ABOUT FIREARMS

28. Does any member of the panel own a firearm?
    a. If so, how many?
29. Does any member of the panel disagree with laws that prohibit certain persons from owning firearms?
30. Does anybody believe that firearms should not be regulated?
31. Does anybody believe that the firearms laws in this country are unduly harsh?

## IMPEDIMENTS TO SERVING AS A JUROR

32. Is there any member of the jury who has any convictions, whether moral, religious, philosophical, or otherwise, that would make it difficult for you to sit in judgment of a criminal defendant or that would prevent you from being a fair and impartial juror in this case?
33. Does anyone have any physical concerns, including hearing or vision issues, that would make it difficult to sit as a juror in this trial?

34. Are you taking any medication or anything that might interfere with your ability to concentrate, understand, consider, and weigh the evidence in this case?
35. Is there anything else that you feel important to tell us that would affect your ability to sit as a fair and impartial juror in this case?

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

>Jeffrey L. Ertel, Esq.
>Federal Defender Program, Inc.

August 22, 2022

>/s/ Paul R. Jones
>
>Paul R. Jones
>
>*Assistant United States Attorney*