IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>KENNY WELLS | Criminal Action No.<br><br>1:21-CR-502-LMM-CMS |

**Summary of the Indictment**

The United States of America, by Ryan K. Buchanan, United States Attorney, and Paul R. Jones, Assistant United States Attorney for the Northern District of Georgia, files this Summary of the Indictment as follows:

The Defendant, Kenny Wells, has been charged by the Grand Jury with committing three offenses that all involve his having a firearm at the Atlanta airport. Each offense is alleged to have occurred on November 20, 2021, and each charge is referred to as a "count."

- In Count One, the Defendant is charged with possessing a firearm after having previously been convicted of at least one felony offense.
- In Count Two, the Defendant is charged with having a concealed firearm on him when attempting to board an aircraft.
- In Count Three, the Defendant is charged with evading the airport security procedures and restrictions when he entered a security checkpoint while possessing a firearm.

Respectfully submitted,

RYAN K. BUCHANAN
    *United States Attorney*


/s/PAUL R. JONES
    *Assistant United States Attorney*
Georgia Bar No. 402617
Paul.Jones@usdoj.gov

**Certificate of Service**

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

Jeffrey L. Ertel, Esq.

Federal Defender Program, Inc.

August 22, 2022

/s/ Paul R. Jones

Paul R. Jones

*Assistant United States Attorney*