IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNY WELLS | Criminal Action No.<br><br>1:21-CR-502-LMM-CMS |

**Order to Allow Weapon in the Richard B. Russell Building**

Good cause having been shown, pursuant to Local Rule 83.5 for the Northern District of Georgia, it is hereby ordered that the following individual be allowed to bring the following weapons:

- one (1) Smith & Wesson M&P 9 Shield pistol, bearing serial number HZS6965.

ATF Special Agent William T. Weber or designee into the U.S. Courthouse on August 25, 2022, to be delivered to the United States Attorney's Office in preparation for trial beginning on September 12, 2022.

So Ordered, this __23rd__ day of August, 2022.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE

Presented by:
Paul R. Jones, Assistant United States Attorney