# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:21-cr-00502-LMM-CMS**
**USA v. Wells**
**Honorable Leigh Martin May**

Minute Sheet for proceedings held In Chambers on 09/01/2022.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 9:39 A.M.     COURT REPORTER: Montrell Vann
TIME IN COURT: 00:09                DEPUTY CLERK: Brittany Poley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1] Kenny Wells NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Ertel representing Kenny Wells<br>Paul Jones representing USA<br>** Mary Webb representing USA |
| PROCEEDING CATEGORY: | Telephone Conference (Other Proceeding Non-evidentiary) |
| MINUTE TEXT: | The Court approved defense counsel's plan to file a joint motion for a pre-plea presentence report and to continue the September 12th trial. |
| HEARING STATUS: | Hearing Concluded |