IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

KENNY WELLS,

        Defendant.

CRIMINAL ACTION NO.
  1:21-cr-00502-LMM-CMS

O R D E R

This criminal action comes before the Court on the parties' Joint Motion for a Pre-Plea PSR and Joint Motion to Continue Trial [23]. This case is currently on the Court's September 12, 2022, trial calendar. For good cause shown, the Court **GRANTS** the parties' Motion. The Court will reschedule the trial for **Monday, February 6, 2023, at 9:30 a.m.** in Courtroom 2107.  The Court **ORDERS** the United States Probation Office to prepare and disclose a PSR no later than November 30, 2022.

The Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial as allowed in 18 U.S.C. § 3161(h)(7)(A).

IT IS HEREBY ORDERED that the above styled criminal action be continued and that the period of time between September 2, 2022, and February

6, 2023, is excluded from the Speedy Trial Act.


**IT IS SO ORDERED**, this 2nd day of September, 2022.


LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE