

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia  30303*

October 17, 2022

Court Room Deputies
United States Courthouse
Northern District of Georgia

Re:

| | | | |
|---|---|---|---|
| US v. Stephen Grimes Jr | 1:20-CR-00427 | US v. Nathaniel Broughton | 1:22-CR-00043 |
| US v. Rasaan Larrier | 1:21-CR-00240 | US v. Edward Willis | 1:22-CR-00126 |
| US v. Glen McTaggart | 1:21-CR-00290 | US v. Thomas Gautreaux | 1:22-CR-00148 |
| US v. Shontal Wright | 1:21-CR-00459 | US v. Daniel Maloney | 1:22-CR-00238 |
| US v. Perez-Puente | 1:21-CR-00485 | US v. Timothy Wilson | 1:22-CR-00240 |
| US v. Kazem Agharahimi | 1:21-CR-00486 | US v. Theodore Rowe | 1:22-CR-00241 |
| US v. Kenny Wells | 1:21-CR-00502 | US v. Rayford Beavers | 1:22-CR-00263 |
| US v. Gary Williams | 1:21-CR-00503 | US v. Shamair Brown | 1:22-CR-00297 |
| US v. Patricia Cornwall | 1:22-CR-00015 | US v. Moses Kerr | 1:22-CR-00309 |
| US v. Thelma Beltijar | 1:22-CR-00024 | US v. Janell Payne | 1:22-CR-00328 |

Dear Courtroom Deputies:

   This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office on November 10, 2022. And out of the office from November 22, 2022 to November 28, 2022, December 15, 2022 to December 16, and December 21, 2022 to January 3, 2023.  I request that the Court not schedule any court appearances in the above-referenced matter for those dates.

Sincerely,

RYAN K. BUCHANAN
*United States Attorney*


*/s/ Paul R. Jones*

PAUL R. JONES
*Assistant United States Attorney*

cc: Defense Counsel (via ECF)
    Counsel for Defendant