# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:21-cr-00502-LMM-CMS
### USA v. Wells
### Honorable Leigh Martin May

Minute Sheet for proceedings held In Open Court on 05/10/2023.

| | |
|---|---|
| TIME COURT COMMENCED: 11:06 A.M. | COURT REPORTER: Montrell Vann |
| TIME COURT CONCLUDED: 11:52 A.M. | CSO/DUSM: 1 CSO/2 USM |
| TIME IN COURT: 00:46 | USPO: Deneen McWilliams |
| OFFICE LOCATION: Atlanta | DEPUTY CLERK: Brittany Poley |

| | |
|---|---|
| DEFENDANT(S): | [1] Kenny Wells Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Ertel representing Kenny Wells<br>Paul Jones representing USA<br>** Mary Webb representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing (Sentencing Hearing Non-evidentiary) |
| MINUTE TEXT: | The Court adopted the Presentence Report and made it the findings of the Court. The Court heard from Government and Defendant's counsel as to their joint sentencing recommendation. The Court pronounced the sentence as 10 years CBOP, 3 years of supervised release, no fine, and a special assessment of $100. The Court inquired about objections to the sentence. Government and Defendant's counsel did not object. The Court advised Defendant of his right to appeal his sentence. |
| HEARING STATUS: | Hearing Concluded |